UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KHALIQ HOLMES,                                                  :   ECF
Individually and on Behalf of All Other Persons                 :   09 Civ. 5442 (DI)(JR)
Similarly Situated,                                             :
                                                                :
                      Plaintiff,                    :
                                                                :
             -against-                          :
                                                                :
T&H SECURITY, INC., CITADEL SPECIAL                             :
EVENTS SERVICES, INC., THOMAS FERRARA,:
RITA FERRARA, TYRONE A. YORIO and                               :   :
JOHN DOES #1-10, Jointly and Severally,                         :
                                                                :
                      Defendants.                   :
---------------------------------------------------------------X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees as to Plaintiff KHALIQ HOLMES, and dismissed without prejudice and without costs or attorneys' fees to any party as to the members of the alleged putative class action and/or collective action other than Plaintiff. This Stipulation does not prejudice the rights, if any, of the members of the alleged putative class action and/or collective action other than KHALIQ HOLMES. The Court retains jurisdiction over the enforcement of the Confidential Settlement Agreement and Release.

NYC/482377.1

Dated: April 19, 2010

_____
David Stein (DS 2119)
SAMUEL & STEIN
38 West 32nd Street, Suite 1210
New York, New York 10001
(212) 563-9884
Attorneys for Plaintiff

Dated: April 20, 2010

_____
Darrell S. Gay
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820
Tel: 212-457-8465
Attorneys for Defendants

Dated: April 20, 2010

**SO ORDERED.**

Dated: _____, 2010

_____
United States District Judge

NYC/482377.1